# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

142290

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

L. LOYER CONSTRUCTION COMPANY,
      Plaintiff-Appellant,

v

                                            SC: 142290
COA: 294067
Ct of Claims: 06-000078-MM

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

p0418